JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>          Plaintiff,<br><br>     v.<br><br>KAZAR CHAPARYAN, in individual and representative capacity as trustee; AGAVNI DAVULDZHYAN, in individual and representative capacity as trustee; LIGHTING WORLD COMPANY, INC., a California Corporation; and Does 1-10,<br><br>          Defendants. | Case: 8:16-CV-01290-JVS-JCG<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: September 21, 2016 _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

1